Case 2:24-cr-00017-DC    Document 10    Filed 01/05/24    Page 1 of 1

FILED
January 5, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RUBY CELLY URIBE,<br><br>　　　　　Defendant. | Case No. 2:24-mj-00001-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>RUBY CELLY URIBE</u> Case No. <u>2:24-mj-00001-DB</u>  Charges <u>26 USC § 5861(d)</u> from custody for the following reasons:

　　\_\_\_\_\_　Release on Personal Recognizance

　　\_\_\_\_\_　Bail Posted in the Sum of $ _____

　　　x　　Unsecured Appearance Bond $ <u>25,000.00 cosigned by defendant's husband, Edward Mattey</u>

　　\_\_\_\_\_　Appearance Bond with 10% Deposit

　　\_\_\_\_\_　Appearance Bond with Surety

　　\_\_\_\_\_　Corporate Surety Bail Bond

　　　x　　(Other):<u> Released forthwith with terms as stated on the record and must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 at 9:00 AM on 1/8/2024.</u>

Issued at Sacramento, California on January 5, 2024 at 2:30 PM.

Dated:  January 5, 2024

　　　　　　　　　　　　　　　　_/s/ Deborah Barnes_
　　　　　　　　　　　　　　　　**DEBORAH BARNES**
　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**