HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Ms. Uribe

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24cr17-DC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** |
| vs. | |
| RUBY CELLY URIBE, | Date: April 18, 2024 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Dena Coggins |

IT IS HEREBY STIPULATED and agreed by and between acting United States Attorney Michele Beckwith, through Assistant United States Attorney Adrian Kinsella, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Ruby Celly Uribe, that the previously scheduled Status Hearing set for April 18, 2025 be continued to June 13, 2025 at 9:30 a.m.

The parties specifically stipulate as follows:

1. By previous order, the Status Hearing is currently scheduled for April 18, 2025 at 9:30 a.m. Time has been ordered excluded through that date.

2. Ms. Uribe respectfully requests that the Court continue the Status Hearing to June 13, 2025 at 9:30 a.m.

3. The government has produced approximately 1323 pages, various audio/video files, and a phone extraction of an uncharged third party as part of discovery.

4. On February 21, 2025, the Court held an in-person Status Hearing. The parties informed the Court that the third-party phone extraction is a large data file; and that the government produced the search warrant affidavit for Ms. Uribe's home that led to the seizure of guns at issue in this case in mid-February 2025. The Court granted Ms. Uribe's request to continue the Status Hearing on those representations.

5. Ms. Uribe requests that the Court continue the Status Hearing to June 13, 2025, so that defense counsel may finish reviewing the aforementioned discovery for potential Fourth Amendment issues, trial defenses, and to assess the offer made by the government.

6. Mr. Uribe believes that failure to grant his motion would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. The government does not object to Mr. Uribe's motion.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between April 18, 2025 and June 13, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Uribe in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 9, 2025

*/s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Ms. Uribe

Date: April 9, 2025

MICHELE BECKWITH
Acting United States Attorney

*/s/ Adrian Kinsella*
ADRIAN KINSELLA
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. **IT IS HEREBY ORDERED** that the Status Conference scheduled for April 18, 2025, at 9:30 a.m. is VACATED and RESET for June 13, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between April 18, 2025 and June 13, 2025 inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(B)(iv) (Local Code T4), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **April 10, 2025**

Dena Coggins
United States District Judge