1  HEATHER E. WILLIAMS, SBN 122664
Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
3  Designated Counsel for Service
801 I Street, Third Floor
4  Sacramento, CA 95814
T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
Ms. Uribe

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,    ) Case No.  2:24-cr-00017-DC
11                               )
          Plaintiff,         ) **STIPULATION AND ORDER TO CONTINUE**
12                               ) **STATUS HEARING AND EXCLUDE TIME**
           vs.               )
13                               ) Date: June 13, 2024
RUBY CELLY URIBE,            ) Time: 9:30 a.m.
14                               ) Judge: Hon. Dena Coggins
          Defendant.         )
15  ─────────────────────────── )

16        IT IS HEREBY STIPULATED and agreed by and between acting United States Attorney

17  Michele Beckwith, through Assistant United States Attorney Adrian Kinsella, counsel for

18  Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan

19  Baigmohammadi, counsel for Defendant Ruby Celly Uribe, that the previously scheduled Status

20  Hearing set for June 13, 2025 be continued to August 29, 2025 at 9:30 a.m.

21        The parties specifically stipulate as follows:

22        1.    By previous order, the Status Hearing is currently scheduled for June 13, 2025 at

23              9:30 a.m. Time has been ordered excluded through that date.

24        2.    Ms. Uribe respectfully requests that the Court continue the Status Hearing to

25              August 29, 2025 at 9:30 a.m.

26        3.    The government has produced approximately 1323 pages, various audio/video

27              files, an extraction of Ms. Uribe's cellular phone, and a phone extraction of an

28

Stipulation and Order to Continue Status          -1-                    *United States v. Uribe*,
Hearing and Exclude Time                                                 2:24-cr-00017-DC

1               uncharged third party as part of discovery.

2    4.    On February 21, 2025, the Court held an in-person Status Hearing. The parties

3               informed the Court that the third-party phone extraction is a large data file; and

4               that the government produced the search warrant affidavit for Ms. Uribe's home

5               that led to the seizure of guns at issue in this case in mid-February 2025. The

6               Court granted Ms. Uribe's request to continue the Status Hearing on those

7               representations.

8    5.    On April 11, 2025, the Court granted a Stipulation to continue the Status

9               Conference to June 13, 2025 on representations by defense counsel that it

10               continued to review the phone discovery and explore possible Fourth Amendment

11               issues tied to the search warrant for Ms. Uribe's home.

12    6.    Ms. Uribe now requests that the Court continue the Status Conference to August

13               29, 2025. The search warrant review has been completed but phone extraction

14               review is ongoing. Furthermore, Ms. Uribe is exploring the possibility of filing a

15               *Bruen* motion arguing that the instant charges violate her Second Amendment

16               rights.

17    7.    Mr. Uribe believes that failure to grant his motion would deny her the reasonable

18               time necessary for effective preparation, taking into account the exercise of due

19               diligence.

20    8.    The government does not object to Mr. Uribe's motion.

21    9.    The parties believe that it will be appropriate to set a trial date if the case has not

22               resolved by the August 29, 2025 Status Conference requested.

23    10.    For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial

24               Act), the parties request that the time period between June 13, 2025 and August

25               29, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. §

26               3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance

27               granted by the Court at the defense's request, based on a finding that the ends of

28

1    justice served by granting the continuance outweighs the best interest of the

2    public and Mr. Uribe in a speedy trial.

3
                                        Respectfully submitted,
4
                                        HEATHER E. WILLIAMS
5                                       Federal Defender

6    Date: June 5, 2025                 */s/  Hootan Baigmohammadi*
                                        HOOTAN BAIGMOHAMMADI
7                                       Assistant Federal Defender
                                        Attorneys for Defendant
8                                       Ms. Uribe

9

10

11
     Date: June 5, 2025                 MICHELE BECKWITH
12                                      Acting United States Attorney

13                                      */s/ Adrian Kinsella*
                                        ADRIAN KINSELLA
14                                      Assistant United States Attorney
                                        Attorneys for Plaintiff
15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order to Continue Status          -3-                *United States v. Uribe,*
Hearing and Exclude Time                                             2:24-cr-00017-DC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation.  Accordingly, the Status Conference scheduled for June 13, 2025, is VACATED and RESET for August 29, 2025 at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between June 13, 2025 and August 29, 2025, inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(B)(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 9, 2025**

_____

Dena Coggins
United States District Judge

Stipulation and Order to Continue Status                    -4-                    *United States v. Uribe*,
Hearing and Exclude Time                                                              2:24-cr-00017-DC