HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Ms. Uribe

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:24-cr-0017-DC |
| Plaintiff, | **STIPULATION AND ORDER RE BRIEFING SCHEDULE** |
| vs. | |
| RUBY CELLY URIBE, | Date: March 13, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dena Coggins |
| Defendant. | |

The parties agreed to submit a Rule 12 briefing schedule in connection with the previously scheduled Motion Hearing set for March 13, 2026. Dkt. 41. Ms. Uribe anticipates filing a Motion to Dismiss. The government anticipates filing no motions. The United States and Ms. Uribe stipulate to the following deadlines:

| | |
|---|---|
| **Rule 12 Motions** | **February 25, 2026** |
| **Oppositions** | **March 6, 2026** |
| **Replies** | **none** |

//

//

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 24, 2026            */s/  Hootan Baigmohammadi*
                                   HOOTAN BAIGMOHAMMADI
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   Ms. Uribe


Date: February 24, 2026            ERIC GRANT
                                   United States Attorney

                                   */s/ Adrian Kinsella*
                                   ADRIAN KINSELLA
                                   Assistant United States Attorney
                                   Attorneys for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED as to Ruby Uribe, the court, having received, read and considered the parties' stipulation filed on February 25, 2026 (Doc. No. 42), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Rule 12 motion filed by Defendant Uribe on February 25, 2026 and noticed for hearing on March 13, 2026 at 9:30 AM in Courtroom 10 before the Honorable Dena M. Coggins is hereby deemed timely filed; and the government shall file an Opposition to that Motion by no later than March 6, 2026.

IT IS SO ORDERED.

Dated:   **March 5, 2026**

_____
Dena Coggins
United States District Judge