IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

     vs.

RUBY CELLY URIBE

     Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No. 2:24cr17-DC

[PROPOSED] ORDER GRANTING REQUEST TO SEAL

Court: Hon. Allison Claire

**IT IS HEREBY ORDERED** that pursuant to Local Rule 141(b) and based upon representations contained in Ms. Uribe's Request to Seal, that Ms. Uribe's four documents (12 pages in total) and her Request to Seal be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to counsel for Ms. Uribe. They shall not be served on the government.

Dated: March 27, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Order          -1-