IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RUBY CELLY URIBE<br><br>Defendant. | Case No. 2:24cr17-DC<br>)<br>) [PROPOSED] ORDER GRANTING REQUEST<br>) TO SEAL<br>)<br>)<br>) Court: Hon. Allison Claire<br>)<br>)<br>)<br>) |

**IT IS HEREBY ORDERED** that pursuant to Local Rule 141(b) and based upon representations contained in Ms. Uribe's Request to Seal, that Ms. Uribe's three documents (9 pages in total) and her Request to Seal be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to counsel for Ms. Uribe. They shall not be served on the government.

Dated: April 14, 2026

_allison Clarie_

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Order                                          -1-