HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Ms. Uribe

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:24-cr-00017-DC |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| RUBY URIBE, | ) Judge: Dena Coggins |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that pursuant to Local Rule 141(b) and based upon representations contained in Ms. Uribe's Request to Seal, that Ms. Uribe's three documents (6 pages in total) and her Request to Seal be SEALED until further order of the court.

It is further ordered that access to the sealed documents shall be limited to counsel for Ms. Uribe.  They shall not be served on the Government.

IT IS SO ORDERED.

Dated:  **May 13, 2026**

_____
Dena Coggins
United States District Judge

Order to Seal                                   -1-                        *United States v. Uribe,* 2:24-cr-17-DC