UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BEFORE THE HONORABLE DENA M. COGGINS



**FILED**

MAY 2 6 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RUBY CELLY URIBE,

      Defendant.

_____/

No. 2:24-CR-00017-DC

**Response to Jury Note**

Date: May 26, 2026
Deputy Clerk: Mira Francel
Court Reporter: Jennifer Coulthard

**Counsel for the United States of America:**
Adrian Kinsella, Assistant U.S. Attorney
Nicole Vanek, Assistant U.S. Attorney
(Assisted by Support Staff, Kisa Osborne and Alexandria Anderson)

**Counsel for the Defendant:**
Hootan Baigmohammadi, Assistant Federal Defender
(Assisted by Support Staff, Leticia Zaffa and Mark Lie)
(Assisted by Defense Investigator, Juan Doig)

Response to Jury Note #2 Received at 9:41(Day 5):

> As to Count 1, the Government is required to prove that Ms. Uribe knowingly possessed a machine gun and was aware the firearm was a machinegun. The Government does not need to prove that she knew that the act of possessing a machine gun was unlawful.
>
> Similarly, as to Count 2, the Government is required to prove that Ms. Uribe knowingly possessed a short-barreled rifle, which is a firearm having a barrel less than 16 inches in length, and was aware the firearm had a barrel less than 16 inches in length. The Government does not need to prove that she knew that the act of possessing a short-barreled rifle was unlawful.

DENA COGGINS
U.S. District Judge