IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RUBY CELLY URIBE,<br>Defendants. | Case No. 2:24-cr-00017-DC<br><br>**ORDER GRANTING MOTION TO CONTINUE JUDGMENT AND SENTENCING**<br><br>Judge: Hon. Dena Coggins |

ORDER

It is hereby ORDERED, the court, having received, read and considered the Defendant's Motion to Continue, and the United States of America's Opposition (Dkt. Nos. 110 and 111), the court finds good cause to GRANT the Defendant's Motion. Accordingly, the Sentencing Hearing scheduled for September 11, 2026 is VACATED and RESET for October 9, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows:

| | |
|---|---|
| **Formal Objections/Motion for Correction** | Shall be filed by September 25, 2026 |
| **Responses to Formal Objections or Statement of Non-Opposition / Sentencing Memoranda / all briefing the parties want the court to consider** | Shall be filed by October 1, 2026, no later than 12:00 PM (Noon) |

IT IS SO ORDERED.

Dated: **September 3, 2026**

Dena Coggins
United States District Judge